UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUAN D. THOMAS, JR.,<br><br>             Plaintiff,<br><br>vs.<br><br>ZACHARY RUNGE, Correctional Officer at South Dakota State Penitentiary, in his individual capacity; ISSAC BOYER, Correctional Officer at South Dakota State Penitentiary, in his individual capacity; KAILEY BRUNZ, Correctional Officer at South Dakota State Penitentiary, in her individual capacity; DR. AARON HAYNES, Medical Director at South Dakota Department of Corrections, in his individual capacity; DESIRAE KUMMER, Medical Charge Nurse at South Dakota State Penitentiary, in her individual capacity; STEPHANIE RAMSDELL, Housing Sergeant at South Dakota State Penitentiary, in her individual capacity; MICHAEL BIGGINS, Senior Correctional Officer at South Dakota State Penitentiary, in his individual capacity; JOSEPH ROEMMICH, Warden at South Dakota State Penitentiary, in his individual and official capacity; and KELLIE WASKO, Secretary of Corrections at South Dakota Department of Corrections, in her individual and official capacity,<br><br>             Defendants. | 4:25-CV-04153-CCT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY AN INITIAL PARTIAL FILING FEE** |

      Plaintiff, Juan D. Thomas, Jr., an inmate at the South Dakota State Penitentiary, filed a pro se civil rights lawsuit. Docket 1. Thomas moves for

leave to proceed in forma pauperis and submitted a copy of his prisoner trust account report. Dockets 2, 3.

Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). The court may, however, accept partial payment of the initial filing fee where appropriate. Thus, "[w]hen an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan." *Henderson v. Norris*, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) (alteration in original) (quoting *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997)).

The initial partial filing fee that accompanies an installment plan is calculated according to 28 U.S.C. § 1915(b)(1), which requires a payment of 20 percent of the greater of:

> (A) the average monthly deposits to the prisoner's account; or
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

Thomas reports an average monthly deposit of $136.57 and an average monthly balance of $718.08. Docket 3 at 1. Based on the information regarding Thomas' prisoner trust account, the court grants Thomas leave to proceed in forma pauperis, but he must pay an initial partial filing fee of $143.62 (20 percent of his average monthly balance). Thomas must pay the initial partial filing fee of **$143.62 by September 13, 2025**. Failure to pay the initial partial

filing fee by September 13, 2025, will result in dismissal without prejudice of Thomas' complaint for failure to prosecute.

Thus, it is ORDERED:

1. That Thomas' motion for leave to proceed in forma pauperis (Docket 2) is granted. Thomas must make a payment of **$143.62 by September 13, 2025**, made payable to the Clerk, U.S. District Court. If Thomas does not pay the initial partial filing fee by September 13, 2025, his complaint will be dismissed without prejudice for failure to prosecute.

2. That the Clerk of Court will send a copy of this order to the appropriate financial official at Thomas' institution.

3. That the institution having custody of Thomas is directed that whenever the amount in Thomas' trust account, exclusive of funds available to him in his frozen account, exceeds $10.00, monthly payments that equal 20 percent of the funds credited the preceding month to Thomas' trust account shall be forwarded to the U.S. District Court Clerk's Office under 28 U.S.C. § 1915(b)(1) until the $350 filing fee is paid in full.

Dated August 19, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE